Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>                Plaintiff,<br>v.<br><br>Indo Cal Food, Inc.,<br><br>                Defendant. | Civil Action No: 17-cv-00588-GMN-GWF<br><br>**[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Kevin Zimmerman and Defendant, Indo Cal Foods, hereby stipulate that the above-entitled Action be dismissed with prejudice with each side to bear its own costs and fees.

/ / /

**RESPECTFULLY** submitted this 26th day of June, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

/s/ Bradley T. Wibicki
Bradley T. Wibicki
Murchison & Cumming
6900 Westcliff Dr. Ste 605
Las Vegas, NV 89148
bwibicki@murchisonlaw.com
*Attorney for Defendant*

## **ORDER**

ORDERED, dismissing this action with prejudice with each side bearing its own costs and fees.

DATED June 29, 2017

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE

2